BEFORE THE SECOND DIVISION, MARCH 31, 1943

**No. 48155.**—Protest 79946–K of Butler Bros. (Seattle).

Opinion by TILSON, J.   It was stipulated that certain of the wreaths in question are similar to those involved in *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188).   They were therefore held dutiable as claimed, as articles having as an essential feature an electrical element or device, such as signs, at 25 percent ad valorem under paragraph 353 as amended.

**No. 48156.**—Protest 94651–K of Rodier, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 45938 the claim at 60 percent under paragraph 1209 was sustained.

**No. 48157.**—Protests 856662–G, etc., of F. Blumenthal & Co. et al.   (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain of the merchandise is the same in all material respects as that the subject of Abstract 47291 the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48158.**—Protests 876589–G, etc., of A. D. Cohen Co.   (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 47291 and *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to certain of the merchandise in question.

**No. 48159.**—Protests 912121–G, etc., of Louis Marbe Cohn et al. (New York).

Opinion by TILSON, J.   In accordance with agreement of counsel that certain of the hats in question are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to those hats.

BEFORE THE THIRD DIVISION, MARCH 31, 1943

**No. 48160.**—Protests 920682–G, etc., of Scaramelli & Co., Inc. (New York).

Opinion by KEEFE, J.   Following *Scaramelli* v. *United States* (C. D. 706) the protests were sustained in accordance with the stipulated facts.